## PRIDGEN v. SHORELINE DISTRIBUTORS, INC.

No. 222P94

Case below: 114 N.C.App. 94

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

## RAINTREE HOMEOWNERS ASSN. v. BLEIMANN

No. 572PA94

Case below: 116 N.C.App. 561

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 29 December 1994.

## REASON v. NATIONWIDE MUTUAL INS. CO.

No. 547PA94

Case below: 116 N.C.App. 491

Petition by defendant (State Farm) for discretionary review pursuant to G.S. 7A-31 allowed 29 December 1994.

## RICHARDSON v. GRUBER

No. 588P94

Case below: 117 N.C.App. 139

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 29 December 1994. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.

## SHARP v. SHARP

No. 582P94

Case below: 116 N.C.App. 513

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 December 1994.